FILED IN OPEN COURT
DATE 5/18/16
BY [signature]
DEPUTY CLERK
Lynchburg DIVISION, W.D. of VA

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| v. | : | |
| | : | In Violation of: |
| JERMAINE AYERS | : | |
| Defendant | : | 21 U.S.C. § 841(a)(1) & (b)(1)(C) |

## INFORMATION

## COUNT ONE

1. In or about October 2015, in the Western District of Virginia, the defendant, JERMAINE AYERS, did knowingly and intentionally possess with intent to distribute and distribute a mixture containing a detectable amount of cocaine base, a Schedule I controlled substance. (All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)).

Respectfully submitted,

[signature]

Christopher Kavanaugh
Assistant United States Attorney
Western District of Virginia

USAO 2014R0005

1