IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:16CR00008 |
| v. | |
| JERMAINE AYERS | |

## STATEMENT OF FACTS

The offenses described below occurred within the Western District of Virginia, as well as other districts. This Statement of Facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct. It does not necessarily contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation.

This statement of facts is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11.

On October 1, 2015, a Virginia State Police Confidential Informant (hereinafter "CS"), at the direction of law enforcement, was in contact with the defendant, Jermaine Ayers, for the purchase of ¼ ounce of "crack cocaine" for $320. On October 2, 2015, the defendant sold a quantity of cocaine base to the CS in exchange for $320 of United States currency. The suspected cocaine base was subsequently sent to a DEA Laboratory where a forensic chemist determined, after analysis, that it was 6.6 grams of a mixture containing cocaine base.

Between October 2, 2015, and October 5, 2015, the CS was in contact with the defendant regarding the purchase an ounce of "crack cocaine." On October 5, 2015, the defendant sold a quantity of cocaine base to the CS, in exchange for $1,200 of United States currency. The suspected cocaine base was subsequently sent to a DEA Laboratory where a forensic chemist determined, after analysis, that it was 26.1 grams of a mixture containing cocaine base.

6. On October 11, 2015 and October 13, 2015, the CS was in contact with the defendant regarding the purchase of 1 ½ ounces of "crack cocaine." On October 14, 2015, the defendant sold a quantity of cocaine base to the CS in exchange for $1,800 of United States currency. The

*Defendant's Initials:* J.A

suspected cocaine base was subsequently sent to a DEA Laboratory where a forensic chemist determined, after analysis, that it was 39.9 grams of a mixture containing cocaine base.

    I have reviewed the above Statement of Facts with my attorney and believe the facts are true and correct. I agree that had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt.

| | |
|---|---|
| 5-05-16 <br> Date | *Jermaine Ayers* <br> JERMAINE AYERS <br> Defendant |
| 5-18-16 <br> Date | *Lisa Lorish* <br> LISA LORISH, Esq. <br> Attorney for Defendant |

**Defendant's Initials:** J.A